IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAYLOR MICHAEL ARRAS**                                               **PLAINTIFF**
**ADC #552785**

v.                  **CASE NO. 4:19-CV-00577 BSM**

**WENDY KELLEY,** *et al*.                                          **DEFENDANTS**

## ORDER

After careful review, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 3] is adopted, and Arras's complaint [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 6th day of February, 2020.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE